IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALISHA DELORES FRANKLIN,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 13-0362-KD-M |
| : | |
| **CAROLYN W. COLVIN,** : | |
| Commission of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 6th day of March 2014.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE